# FRANCIS J. O'REILLY
### 33 MOUNTAINVILLE AVENUE
### DANBURY, CT 06810

TELEPHONE (575) 517-0846

U.S. District Court
141 Church Street
New Haven, CT 06510
Attn: Grievance Clerk

DEC 23 2019 PM 12:48
FILED-USDC-CT-NEW HAVEN

December 19, 2019

Dear Grievance Clerk;

    I write to advise you that yesterday I entered a plea of guilty to two federal felonies, tax evasion, 26 USC sec. 7201 and failure to collect and remit payroll taxes, 26 USC sec. 7202, for the year 2015 in the White Plains Division of the Southern District of New York.

    My full name is Francis John O'Reilly. I was admitted to practice in the District of Connecticut. The last four digits of my social security number are 0473. My Connecticut state bar number is 309909. My email address is foreilly@verizon.net. I am aware of the immediacy of the professional consequences of my plea in Connecticut District Court. I was admitted to practice in the State of Connecticut on June 9, 1989 in Norwalk.

    The case number is 19-cr-882. I entered the plea before Hon. Margaret Lisa Smith USMJ. The case has been transferred to Hon. Kenneth Karas USDJ for sentencing, which is scheduled for April 22, 2020.

    I previously maintained an office for the practice of law in Carmel, NY. I am closing that office and my new contact information is in the letterhead. For a short time you may be able to contact me by facsimile at (845) 225-5906.

Very truly yours,

Francis J. O'Reilly, Esq.